JAMES D. MILLER, #207709
james.miller@ogletreedeakins.com
JAMIL NUSHWAT, #238551
jamil.nushwat@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
7060 North Marks Ave., Suite 108
Fresno, CA  93711
Telephone:     559-825-8510
Facsimile:     559-570-0323

.

## UNITED STATES DISTRICT COURT

## EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER BROWN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>T-MOBILE USA, INC.<br><br>                    Defendant. | Case No.2:25-CV-02720-WBS-JDP<br><br>**ORDER FOR STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>[Stipulation filed concurrently herewith] |

### <u>ORDER</u>

Pursuant to the stipulation of the parties and for good cause shown, this Court ORDERS:

Parties hereby will submit the above-entitled action to the Voluntary Dispute Resolution Program pursuant to their mutual stipulation to do so.

Dated:  October 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE